KNIGHT & RYAN PLLC
Robert A. Ryan, #12084
Scott A. Knight, #9083
8880 W. Sunset Road. Ste. 130
Las Vegas, Nevada 89148
(702) 462-6083
(702) 462-6084 fax
robert@knightryan.com
scott@knightryan.com

*Attorneys for Defendants MGM Resorts International, Inc., and New Castle, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **SOPHIA PARKER, PSEUDONYMOUSLY,** | Case No. 24-cv-01880-CDS-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| v. | |
| **ASTRAL HOTELS LAS VEGAS, INC., BALLY'S CORPORATION, MGM RESORTS INTERNATIONAL, THE MIRAGE CASINO-HOTEL, LLC, NEW CASTLE, LLC, ONEX CORP., PENN ENTERTAINMENT, INC., TROPICANA LAS VEGAS, INC., TROPICANA LAS VEGAS HOTEL AND CASINO, INC., WYNN LAS VEGAS, LLC, CHANG WEN-TZU, AND LIU KWA-JUA CHEN, AS SUCCESSOR TRUSTEE FOR THE TE CHAO CHEN & KWA-JUA LIU TRUST,** | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Sophia Parker, Defendants Astral Hotels Las Vegas, Inc., Bally's Corporation, MGM Resorts International, New Castle, LLC, Onex Corp., Penn Entertainment, Inc., Tropicana Las Vegs Hotel and Casino, Inc., Wynn Las Vegas, LLC (collectively the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On September 3, 2024, Plaintiff filed her Complaint in the Eighth Judicial District Court, Clark County, Nevada (ECF Nos. 1-1) (the "Complaint").

2. Plaintiff served the Complaint on Astral Hotels Las Vegas, Inc. on September 17, 2024 (ECF No. 1-2, p. 2).

3. Plaintiff served the Complaint on Defendants, Bally's Corporation, MGM Resorts International, Mirage Casino-Hotel, LLC, New Castle, LLC, Onex Corp., Penn Entertainment, Inc. Tropicana Las Vegas Hotel and Casino, Inc. and Wynn Las Vegas, LLC on September 20, 2024. (ECF No. 1-2, pp. 3-10).

4. On October 2, 2024, Plaintiff voluntarily dismissed Defendant, Mirage Casin-Hotel, LLC from the case in the Eighth Judicial District Court. (ECF No. 1-1, p. 26).

5. Defendants, Chang Wen-Tzu, and Liu Kwa-Hua Chen as successor trustee for the Te Chao Chen & Kwa Liu Trust have not yet been served.

6. On October 8, 2024, Wynn Las Vegas, LLC timely removed the case to this Court pursuant to 28 USC 1331, 14411 and 1446.

7. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the deadline to respond to Plaintiff's Complaint is the longest of 21 days after receiving the Complaint, 21 days after being served with the summons for an initial pleading on file at the time of service, or 7 days after notice of removal is filed. As such, the current deadline to respond to the Complaint for Defendants is October 15, 2024.

8. The Parties hereby agree, stipulate and respectfully request that the Court extend the deadline for all currently served Defendants to file their response to the Complaint for an additional twenty-one (21) days, making their deadline to respond November 5, 2024.

9. This extension is necessary to provide counsel for the Defendants sufficient time to review and respond to the allegations made by Plaintiff in her Complaint. The extension requested herein will also conserver the Court's resources as it will ensure the Defendants remain on the same response schedule.

10. This is the first request to extend the response deadline and is not designed for the purposes of delay.

IT IS SO STIPULATED.

Dated: October 14, 2024

| KNIGHT & RYAN | THE 702FIRM INJURY ATTORNEYS |
|---|---|
| By: */s/ Robert A. Ryan*<br>Robert A. Ryan, Esq., Bar No. 12084<br>Scott A. Knight, Esq., Bar No. 9083<br>8880 W. Sunset Rd, Suite 130<br>Las Vegas, Nevada 89148<br>Ph: 702-462-6083<br>Fx: 702-462-6084<br><br>*Attorneys for Defendants MGM Resorts International and New Castle, LLC* | By: */s/Michael C. Kane*<br>Michael C. Kane, Esq., Bar No. 10096<br>Bradley J. Myers, Esq., Bar No. 8857<br>8335 West Flamingo Road<br>Las Vegas, Nevada 89147<br>Ph: 702-776-3333<br>Fx: 702-505-9787<br><br>Jonathan L. Hilton, Esq. (*Pro Hac Vice Forthcoming*)<br>HILTON PARKER, LLC<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068<br>Ph: 614-992-2277<br>Fx: 614-927-5980<br><br>*Attorney for Plaintiff, Sophia Parker* |

| | |
|---|---|
| SNELL & WILMER<br><br>By: */s/ Patrick G. Byrne*<br>  Patrick G. Byrne, Esq., Bar No. 7636<br>  Dawn L Davis, Esq., Bar No. 13329<br>  1700 South Pavilion Center Drive,<br>  Suite 700<br>  Las Vegas, NV 89135<br>  Ph: 702-784-5275<br>  Fx: 702-784-5252<br><br>  JONES DAY<br>  Bethany Biesenthal, Esq. (*Pro Hac Vice Forthcoming*)<br>  Allison McQueen, Esq. (*Pro Hac Vice Forthcoming*)<br>  110 North Wacker Drive, Suite 4800<br>  Chicago, IL 60606<br>  Ph: 312-782-3939<br>  Fx: 312-782-8585<br><br>  JONES DAY<br>  Nicole Perry, Esq. (*Pro Hac Vice Forthcoming*)<br>  717 Texas Street, Suite 3300<br>  Houston, TX 77002<br>  Ph: 832-239-3939<br>  Fx: 832-239-3600<br><br>*Attorneys for Defendant Wynn Las Vegas, LLC* | BRANDON SMERBER LAW FIRM<br><br>By: */s/ Justin W. Smerber*<br>  Justin W. Smerber, Esq., Bar No. 10761<br>  139 E. Warm Springs Rd.<br>  Las Vegas, Nevada 89119<br>  Ph: 702-380-0007<br>  Fx: 702-380-2964<br><br>*Attorneys for Defendants Bally's Corporation, Onex Corp. Penn Entertainment, Inc., Tropicana Las Vegas, Inc., and Tropicana Las Vegas Hotel and Casino, Inc.*<br><br>SYLVESTER & POLEDNAK, LTD.<br><br>By: */s/ Allyson R. Johnson*<br>  Allyson R. Johnson, Esq., Bar No. 8286<br>  1731 Village Center Circle<br>  Las Vegas, Nevada 89134<br>  Ph: 702-952-5200<br>  Fx: 702-952-5205<br><br>*Attorneys for Defendants Astral Hotels Las Vegas, Inc.* |

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 10/15/2024