Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5275
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
       ddavis@swlaw.com

Bethany Biesenthal, Esq. *(Pro Hac Vice)*
Allison McQueen, Esq. *(Pro Hac Vice)*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
       amcqueen@jonesday.com

Nicole Perry, Esq. *(Pro Hac Vice)*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Attorneys for Defendant
*Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sophia Parker, pseudonymously,<br><br>        Plaintiff,<br><br>v.<br><br>Astral Hotels Las Vegas, Inc. *et al.*,<br><br>        Defendants. | Case No. 2:24-cv-01880<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT FOR ALL PARTIES** |

Plaintiff Sophia Parker ("Plaintiff") and Defendants MGM Resorts International, NewCastle, LLC, Bally's Corporation, Onex Corp., Penn Entertainment, Inc., Tropicana Las Vegas,

1. Inc., Tropicana Las Vegas Hotel and Casino, Inc., Astral Hotels Las Vegas, Inc., and Wynn Las Vegas, LLC ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

On November 19, 2024, Plaintiff filed a First Amended Complaint. (ECF No. 32). The deadline for Defendants MGM Resorts International, Inc., New Castle, LLC, Wynn Las Vegas, LLC, Bally's Corporation, Onex Corp., Penn Entertainment, Inc., Tropicana Las Vegas, Inc., and Tropicana Las Vegas Hotel and Casino, Inc., and Astral Hotels Las Vegas, Inc. to file a responsive pleading is December 3, 2024.

In the interests of judicial economy and as a result of the upcoming holidays, the Parties have agreed to, and respectfully request, a briefing schedule as follows:

- Defendants' Answers or Motions to Dismiss by December 10, 2024;
- Plaintiff's Responses to Motions to Dismiss by January 7, 2025; and
- Defendants' Replies in Support of Motions to Dismiss by January 21, 2025.

IT IS SO STIPULATED.

Dated: December 2, 2024                    Respectfully submitted,

By: /s/ Michael C. Kane                .
Michael C. Kane
Nevada Bar No. 10096
Bradley J. Myers
Nevada Bar No. 8857
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
Email: service@the702firm.com

Jonathan L. Hilton
HILTON PARKER LLC
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone: (614) 992-2277
Facsimile: (614) 927-5980

- 2 -

Email: jhilton@hiltonparker.com

*Counsel for Plaintiff Sophia Parker*

By: */s/ Nicole M. Perry*
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone:  (702) 784-5275
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
          ddavis@swlaw.com

Bethany Biesenthal, Esq. (*Pro Hac Vice*)
Allison McQueen, Esq. (*Pro Hac Vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL  60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email: bbiesenthal@jonesday.com
          amcqueen@jonesday.com

Nicole Perry, Esq. (*Pro Hac Vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600
Email: nmperry@jonesday.com

*Counsel for Defendant Wynn Las Vegas, LLC*

By: */s/ Robert A. Ryan*                                 .
Robert A. Ryan, Esq.
Nevada Bar No. 12084
KNIGHT & RYAN PLLC
8880 W. Sunset Rd., Suite 130
Las Vegas, NV  89148
Telephone:  (702) 462-6083
Facsimile:  (702) 462-6048
Email:  robert@knightryan.com

*Counsel for Defendants MGM Resorts International and New Castle, LLC*

By: */s/ Justin W. Smerber*
Justin W. Smerber, Esq.

- 3 -

Nevada Bar No. 10761
BRANDON SMERBER LAW FIRM
139 E. Warm Springs Rd.
Las Vegas, NV 89119
Telephone: (702) 380-0007
Facsimile: (702) 380-2964
Email: j.smerber@bsnv.law

*Counsel for Defendants Bally's Corporation, Onex Corp., Penn Entertainment, Inc., Tropicana Las Vegas, Inc., and Tropicana Las Vegas Hotel and Casino, Inc.*

By: */s/ Allyson R. Johnson*                .
Allyson R. Johnson, Esq.
Nevada Bar No. 8286
SYLVESTER & POLEDNAK, LTD.
1731 Village Center Circle
Las Vegas, NV 89134
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
Email: allyson@sylvesterpolednak.com
*Counsel for Defendant Astral Hotels Las Vegas, Inc.*

**IT IS SO ORDERED:** Defendants will file an Answer or Motion to Dismiss by December 10, 2024, Plaintiff will file her responses by January 7, 2025, and Defendants will file their replies by January 21, 2025.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
Dated: 12/3/2024

- 4 -