**MICHAEL M LIN, ESQ.**
Nevada Bar No. 10392
**LIN LAW GROUP**
5288 Spring Mtn. Rd, Ste 103
Las Vegas, Nevada 89146
(702) 871 9888
linlawgroup@gmail.com
*Attorneys for Defendant Liu Kwa-Jua Chen,*
*as successor trustee for the*
*Te Chao Chen & Kwa-Jua Liu Trust*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SOPHIA PARKER, pseudonymously,<br><br>Plaintiff,<br>vs.<br><br>ASTRAL HOTELS LAS VEGAS, INC., BALLY'S CORPORATION, MGM RESORTS INTERNATIONAL, THE MIRAGE CASINO HOTEL, LLC, NEW CASTLE, LLC, ONEX CORP., PENN ENTERTAINMENT, INC., TROPICANA LAS VEGAS, INC., TROPICANA LAS VEGAS HOTEL AND CASINO, INC., WYNN LAS VEGAS, LLC, CHANG WEN-TZU, AND LIU KWA-JUA CHEN, AS SUCCESSOR TRUSTEE FOR THE TE CHAO CHEN & KWA-JUA LIU TRUST,<br><br>Defendants. | CASE NO. 2:24-cv-01880-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT LIU KWA-JUA CHEN'S DEADLINE FOR FILING THE ANSWER** |

This STIPULATION AND ORDER TO EXTEND DEFENDANT LIU KWA-JUA CHEN'S DEADLINE FOR FILING THE ANSWER ("Stipulation and Order") is entered into by and between Defendant, LIU KWA-JUA CHEN, AS SUCCESSOR TRUSTEE FOR THE TE CHAO CHEN & KWA-JUA LIU TRUST ("LIU"), by and through their attorney, Michael M. Lin, Esq. of LIN LAW GROUP, and Plaintiff SOPHIA PARKER ("PARKER "), by and through her attorney, Geoffrey Parker, Esq., and Jonathan Hilton, Esq., of HILTON PARKER LLC. This is the first stipulation to extend Defendant LIU KWA-JUA CHEN's deadline for

1 filing an answer.

2 WHEREAS, on or about September 3, 2024, Plaintiff PARKER filed with the Eighth
3 Judicial District Court a Complaint naming LIU KWA-JUA CHEN, AS SUCCESSOR
4 TRUSTEE FOR THE TE CHAO CHEN & KWA-JUA LIU TRUST, as a defendant.

5 WHEREAS, On October 8, 2024, this matter was removed from the Eighth Judicial
6 District Court to the United States District Court, District of Nevada.

7 WHEREAS, Defendant LIU has not filed an Answer or Response to Plaintiff's
8 Complaint.

9 WHEREAS, Plaintiff PARKER and Defendant LIU requests additional time to review
10 Defendant LIU's insurance policy coverage information to determine if a substitution of counsel
11 is necessary.

12 WHEREAS, Plaintiff PARKER and Defendant LIU hereby agree, stipulate and
13 respectfully request that the Court extend the deadline for Defendant LIU to file their Answer or
14 Response to Plaintiff PARKER's Complaint.

15 WHEREAS, there exists good cause to extend Defendant LIU's deadline to file a
16 response or answer and no party will suffer unfair prejudice as a result of the extension.

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

LIN LAW GROUP
5288 Spring Mtn Rd., Ste 103
Las Vegas, NV 89146
(702) 871-9888 FAX: (702) 648-0888

IT IS HEREBY STIPULATED AND AGREED that Defendant LIU's deadline for filing their Answer or Response is extended to **February 21, 2025.**

Dated this 30th day of January 2025

*/s/ Michael M. Lin*
**MICHAEL M LIN, ESQ.**
Nevada Bar No. 10392
**LIN LAW GROUP**
5288 Spring Mtn. Rd, Ste 103
Las Vegas, Nevada 89146
(702) 871 9888
*Attorney for Defendant*

Dated this 30th day of January 2025

*/s/ Geoffrey Parker*
**GEOFFREY PARKER, ESQ.**
Nevada Bar No. 16952
**JONATHAN HILTON ESQ.**
Nevada Bar NO. 16889
**HILTON PARKER LLC**
7658 Slate Ridge Blvd
Reynoldsburg, OH 43068
*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 2/4/2025

LIN LAW GROUP
5288 Spring Mtn Rd., Ste 103
Las Vegas, NV 89146
(702) 871-9888 FAX: (702) 648-0888