UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sophia Parker,<br><br>            Plaintiff<br><br>   v.<br><br>Astral Hotels Las Vegas Inc.,<br><br>            Defendant | Case No. 2:24-cv-01880-CDS-MDC<br><br>**Order Denying as Moot Defendant Astral Hotels' Motion to Dismiss and Parties' Joint Motion to Extend Time**<br><br>[ECF Nos. 42, 51] |

Defendant Astral Hotels Las Vegas Inc. moves to dismiss plaintiff Sophia Parker's first amended complaint under Fed. R. Civ. P. 12(b)(6). ECF No. 42. On February 3, 2025, the parties agreed to extend the deadline for Astral Hotels to file its reply in support of that motion. ECF No. 51. However, the following day, Parker voluntarily dismissed her claims against Astral Hotels under "Nevada Rule of Civil Procedure 41(a)(1)(A)(i)."[1] ECF No. 53. Because Astral Hotels is now dismissed from this action, its motion to dismiss **[ECF No. 42]** and the joint motion to extend **[ECF No. 51] are denied as moot**.

Dated: February 10, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] This rule does not apply here, only federal procedural rules apply. However, Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows the plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.