**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sophia Parker, | 2:24-cv-01880-CDS-MDC |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION** |
| Bally's Corporation, et al., | |
| Defendants. | |

For good cause shown, **IT IS ORDERED** that the parties' *Stipulation to Stay Discovery* (ECF No. 60) is **GRANTED**. **IT IS FURTHER ORDERED** that the parties shall file a discovery plan and proposed scheduling within thirty (30) days of a decision denying in whole or in part defendants' *Motions to Dismiss*.

The Court notes that plaintiff seeks to proceed under a pseudonym and has failed to file a certificate of interested parties. Accordingly, **IT IS FURTHER ORDERED** that the plaintiff shall show cause why she may prosecute this matter under a pseudonym AND be excused from the requirements of Local Rule 7.1-1. *See* Fed. R. Civ. P. 10(a) ("the title of the complaint must name all the parties); *see also Doe v. Kamehameha Sch.*, 596 F.3d 1036, 1042 (9th Cir. 2010) (internal citations omitted) ("The normal presumption in litigation is that parties must use their real names."). Plaintiff shall file a response showing cause, if any, within thirty (30) days of a decision denying in whole or in part defendants' *Motions to Dismiss* or granting plaintiff leave to file an amended complaint."

DATED this 1st day of April 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge