UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sophia Parker, pseudonymously, | Case No. 2:24-cv-01880-CDS-MDC |
| Plaintiff | **Order Dismissing Defendant Chang Wen-Tzu** |
| v. | |
| Bally's Corporation, et al., | |
| Defendants | |

The amended complaint in this action was filed on November 19, 2024. On August 20, 2025, in the order granting defendants' motion to dismiss, the court issued its notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to Chang Wen-Tzu was filed by September 3, 2025, Wen-Tzu would be dismissed without prejudice and without further notice. ECF No. 66 at 15. The deadline has now passed, and no proof of service has been filed.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice as to Chang Wen-Tzu.

Dated: September 9, 2025

_____
Cristina D. Silva
United States District Judge