**RESNICK & LOUIS, P.C.**
RANDALL TINDALL
Nevada Bar No. 6522
rtindall@rlattorneys.com
CARISSA C. YUHAS
Nevada Bar No. 14692
cyuhas@rlattorneys.com
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
mbeckstead@rlattorneys.com
KATHERINE BURRESS-SCHNEIDER
Nevada Bar No. 16506
kbschneider@rlattorneys.com
8945 West Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3794
Facsimile: (702) 997-9590
*Attorneys for Defendant,*
*The Eight Seasons, Inc., dba Motel 8*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SOPHIA PARKER, pseudonymously,

Plaintiff,

v.

ASTRAL HOTELS LAS VEGAS, INC.; BALLY'S CORPORATION; MGM RESORTS INTERNATIONAL; THE MIRAGE CASINO-HOTEL, LLC; NEW CASTLE, LLC; ONEX CORP.; PENN ENTERTAINMENT, INC.; TROPICANA LAS VEGAS, INC.; TROPICANA LAS VEGAS HOTEL & CASINO, INC.; WYNN LAS VEGAS, LLC; CHANG WEN-TZU; and THE EIGHT SEASONS, INC.,

Defendants.

CASE NO.: 2:24-cv-01880-CDS-MDC

**STIPULATION TO EXTEND DISCOVERY DEADLINES**

**(SECOND REQUEST)**

Defendant, THE EIGHT SEASONS INC., by and through its attorneys of record, RANDALL TINDALL, CARISSA C. YUHAS, MATTHEW B. BECKSTEAD, and

KATHERINE BURRESS-SCHNEIDER of the law firm Resnick & Louis, P.C., and Plaintiff, SOPHIA PARKER, by and through her attorneys of record, MICHAEL C. KANE, ESQ., BRADLEY J. MYERS, ESQ., JOEL S. HENGSTLER, ESQ. of the law firm THE702FIRM INJURY ATTORNEYS, and GEOFFREY PARKER, ESQ. of the law firm of HILTON PARKER, LLC (collectively, "Parties"), hereby stipulate to extend the deadlines in this action as set forth in the Court's current scheduling order [ECF No. 31]. The Parties hereby aver, under LR IA 6-1(a), that this is the first overall request for extended deadlines. The Parties are hereby seeking an extension of forty (40) days.

## I. DISCOVERY COMPLETED TO DATE

- Plaintiff's initial and supplemental FRCP 26(a)(1) disclosures
- Defendant's initial and supplemental FRCP 26(a)(1) disclosures
- The Parties have each served written discovery
- The depositions of witnesses David Lober (09/22/2026), Kenny Chen (10/21/2026), and Hsin Lien Chen (10/21/2026) were completed.

## II. DISCOVERY TO BE COMPLETED

Discovery to be completed includes:

- Deposition of Plaintiff Sophia Parker
- Deposition of Defendant The Eight Seasons, Inc.'s 30(b)(6) witness(es)
- Disclose experts
- Expert depositions
- Witness depositions;
- Obtain records from Las Vegas Metropolitan Police Department; and
- Obtain Plaintiff's medical and billing records

///

///

///

///

## III. REASON DISCOVERY HAS NOT BEEN COMPLETED

The Parties' work regarding discovery is actively ongoing, and it will continue in diligent fashion. The Parties have acted in good faith to request this extension, and none of them has a reason or intent to delay these proceedings or jury trial in this matter. While the parties have diligently advanced in discovery, the completion of discovery has been impacted by the age of the case. Defendant The Eight Seasons, Inc. has required additional time to systematically locate, review and produce historical records, which were not readily accessible. The parties have conducted an initial wave of depositions, which have also prompted additional written discovery. Plaintiff recently responded to written discovery, which has also prompted the need for additional information to be gathered via subpoena. The Parties are working to obtain the outstanding information. The purpose of this stipulation to extend deadlines is to allow for parties to coordinate and conduct the depositions of witnesses. Additionally, the parties' shall serve expert disclosures to reflect the review of evidence gathered from the exchange of ongoing discovery. The Parties stipulate that this constitutes good cause and excusable neglect for the timing of this stipulation's filing with the Court.

///

///

///

///

///

///

///

///

///

///

///

## IV. PRIOR SCHEDULE

According to the Court's current scheduling order [ECF No. 25] setting deadlines, the existing deadlines are:

| | |
|---|---|
| Initial Expert Disclosures: | December 7, 2026 |
| Rebuttal Expert Reports: | January 5, 2027 |
| Close of Discovery: | February 2, 2027 |
| Dispositive Motions: | April 12, 2027 |
| Joint Pre-Trial Order: | May 24, 2027 (or 30 days after on order on dispositive motions) |

## V. PROPOSED SCHEDULE

| | |
|---|---|
| Initial Expert Disclosures: | January 18, 2027 |
| Rebuttal Expert Reports: | February 15, 2027 |
| Close of Discovery: | March 15, 2027 |
| Dispositive Motions: | May 24, 2027 |
| Joint Pre-Trial Order: | July 6, 2027 (or 30 days after on order on dispositive motions) |

///

///

///

///

///

///

///

///

///

///

///

///

If the Court grants this stipulation, all anticipated additional discovery should be concluded within the stipulated extended deadline. The Parties agree that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

Dated this 10th day of November, 2026

*/s/ Carissa C. Yuhas*

RANDALL TINDALL
Nevada Bar No. 6522
rtindall@rlattorneys.com
CARISSA C. YUHAS
Nevada Bar No. 14692
cyuhas@rlattorneys.com
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
mbeckstead@rlattorneys.com
KATHERINE BURRESS-SCHNEIDER
Nevada Bar No. 16506
kbschneider@rlattorneys.com
8945 West Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendant,*
*The Eight Seasons, Inc., dba Motel 8*

Dated this 10th day of November, 2026

*/s/ Geoffrey Parker*

GEOFFREY PARKER, ESQ.
Nevada Bar No. 16952
768 Slate Ridge Blvd.
Reynold, OH 43068

And

THE702FIRM INJURY ATTORNEYS
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
8335 West Flamingo Road
Las Vegas, NV 89147
*Attorneys for Plaintiff,*
*Sophia Parker*

**ORDER**

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2026

Respectfully submitted by:

**RESNICK & LOUIS, P.C.**

*/s/ Carissa C. Yuhas*

RANDALL TINDALL
Nevada Bar No. 6522
rtindall@rlattorneys.com
CARISSA C. YUHAS
Nevada Bar No. 14692
cyuhas@rlattorneys.com
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
mbeckstead@rlattorneys.com
KATHERINE BURRESS-SCHNEIDER
Nevada Bar No. 16506
kbschneider@rlattorneys.com
8945 West Russell Road, Suite 330
Las Vegas, NV  89148
*Attorneys for Defendant,*
*The Eight Seasons, Inc., dba Motel*